Matthew D. Stockwell, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
*Attorneys for Defendant New York University*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 2:14-CV-07326 |
| | : (SDW-SCM) |
| vs. | : |
| | : |
| GREENWICH INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; CONSULTING & TESTING SERVICES, INC.; NEW YORK UNIVERSITY; and ABC INSURANCE COMPANIES, | : **NOTICE OF MOTION TO DISMISS PLAINTIFF HUDSON INSURANCE COMPANY'S COMPLAINT** |
| Defendants. | : |

TO:   Shaji M. Eapen, Esq.
      Morgan Melhuish Abrutyn
      651 West Mt. Pleasant Avenue, Ste. 200
      Livingston, NJ 07039
      Attorneys for Plaintiff Hudson Insurance Company

      Charles Stoia
      Porzio, Bromberg & Newman, P.C.
      100 Southgate Parkway
      Morristown, NJ 07962-1997
      (973) 538-4006
      Attorneys for Defendants Greenwich Insurance Company
      and Indian Harbor Insurance Company

1

**PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Matthew D. Stockwell, sworn to on February 13, 2015, and the accompanying Memorandum of Law, the undersigned attorneys for defendant New York University ("NYU") will move, at the United States Courthouse located at 15 Walnut Street, Newark, New Jersey (Courtroom MLK-5C) before the Honorable Susan D. Wigenton, U.S.D.J., on the 16th day of March, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to FRCP 12(b)(1) and 12(b)(6), dismissing plaintiff Hudson Insurance Company's Complaint, with prejudice, for lack of subject matter jurisdiction.

A proposed form of order is submitted herewith.

Dated: February 13, 2015        Respectfully submitted,

/s/ Matthew D. Stockwell
Matthew D. Stockwell (MS-1804)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
*Attorneys for Defendant New York University*