<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>                v.<br><br>GREENWICH INSURANCE COMPANY,<br>ET AL.,<br><br>                      Defendants. | Civil Action No.14-cv-7326 (SDW) (SCM)<br><br><br>**ORDER**<br><br><br>July 1, 2015 |

**WIGENTON**, District Judge.

      Before this Court is the Report and Recommendation ("R&R") entered on June 12, 2015 by Magistrate Judge Steven Mannion ("Judge Mannion"), recommending that defendants Greenwich Insurance Company, Indian Harbor Insurance Company, Consulting & Testing Services, Inc., and New York University's ("Defendants") two (2) separate motions to dismiss for lack of jurisdiction be granted. (Dkt. No. 13, 15, 22.) Plaintiff Hudson Insurance Company ("Plaintiff") filed objections to the R&R on June 26, 2015.

      This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter along with Plaintiff's objections. Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that the R&R of Judge Mannion (Dkt. No. 28) is **ADOPTED** as the conclusions of law of this Court.

      **SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Magistrate Judge Mannion